# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM WALTER CRIST, JR.,

    Petitioner,

    v.

KATHLEEN KANE, Attorney General of Pennsylvania and JAMES ECKARD, Superintendent of SCI Huntingdon,

    Respondents.

CIVIL ACTION NO. 3:14-CV-01412
(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this ___ day of September, 2016, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 15) is **ADOPTED**.

(2)    The Petition for Habeas Corpus (Doc. 1) is **DISMISSED without prejudice** to any right Petitioner has to seek authorization from the United States Court of Appeals for the Third Circuit to file a second or successive petition.

(3)    A certificate of appealability **SHALL NOT ISSUE**.

(4)    The Clerk of Court is directed to mark this case as **CLOSED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge